# 722 CASES REPORTED WITH BRIEF SYLLABI.

KATHERINE M. FREY, Respondent, v. WILDA BENNETT, Appellant.— Motion to dismiss appeal denied, on condition that appellant perfect the appeal for the March term (for which term the case is set down), and on the further condition that within five days appellant pay to respondent's attorney fifty dollars costs; otherwise, motion granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper,. JJ.

ANNA C. GROSSMAN, Respondent, v. THE EQUITABLE TRUST COMPANY, Appellant, Impleaded with Others, Defendants.— Motion for stay denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

KATHARINE D. HUFF, Appellant, v. MABEL HUFF and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Application of KATHERINE E. AUSTIN, Appellant, for a Mandamus Order against HARRY F. BITZ, as Building Inspector of the Village of Port Chester, Respondent.— Motion for reargument granted, and case set down for Wednesday, March 3, 1926. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the CITY OF NEW YORK, Relative to Acquiring Title to Lands on Hemlock Street, etc., Counties of Kings and Queens, for Water Supply Purposes. — Motion to confirm referee's report granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ. Settle order on notice.

In the Matter of Proving the Last Will and Testament of BRIDGET MAGINN, Deceased, as a Will of Real and Personal Property.— Motion to vacate order of reversal denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MORRIS KELLER, Respondent, v. EDWARD HALAM and Another, Copartners, etc., Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MICHAEL M. KESHIN, Respondent, v. E. J. REALTY Co., INC., and Others, Appellants, Impleaded with Others, Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ. Settle order on notice.

FRANK KROMBACK, Respondent, v. CLETUS H. KILLIAN and Another, Respondents, Impleaded with ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE Co., LTD., OF ZURICH, SWITZERLAND, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.